# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: STEVEN A. DORSEY  
3807 SAGE DRIVE, APT. E  
ROCKFORD, IL  61114  

SSN-xxx-xx-8581

Case Number: 07-70053

Case filed on: 1/10/2007  
Plan Confirmed on: 3/28/2007  

D Dismissed

Total funds received and disbursed pursuant to the plan: $8,397.64         Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | ATTORNEY PHILIP H HART | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | STEVEN A. DORSEY | 0.00 | 0.00 | 1,361.50 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 1,361.50 | 0.00 |
| 001 | CHRYSLER HOURLY EMPLOYEES' | 2,067.85 | 2,067.85 | 826.46 | 0.00 |
| 002 | TRIAD FINANCIAL CORP | 23,609.30 | 21,460.51 | 4,207.31 | 1,559.54 |
| 019 | WATERFORD PROPERTY MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 25,677.15 | 23,528.36 | 5,033.77 | 1,559.54 |
| 002 | TRIAD FINANCIAL CORP | 0.00 | 2,148.79 | 0.00 | 0.00 |
| 003 | ALPINE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | CCA | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | CENTRAL COLLECTION BUREAU | 95.00 | 95.00 | 0.00 | 0.00 |
| 006 | CITY OF INDIANAPOLIS | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | CREDIT BUREAU SHELBY CNT | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | CREDIT PROTECTION ASSOC. LP | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | HERITAGE ACCEPTANCE INC | 4,870.79 | 4,870.79 | 0.00 | 0.00 |
| 010 | ECAST SETTLEMENT CORPORATION | 236.61 | 236.61 | 0.00 | 0.00 |
| 011 | JEFFERSON DISTRICT COURT | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | MED SHIELD | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | NATIONAL CITY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | ORCHARD BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | VATIV RECOVERY SOLUTIONS LLC | 968.97 | 968.97 | 0.00 | 0.00 |
| 016 | PROGRESSIVE FINANCE | 1,066.80 | 1,066.80 | 0.00 | 0.00 |
| 017 | UNITY PHYSICIAN GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | WEST ASSET MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | ASSET ACCEPTANCE CORP | 176.90 | 176.90 | 0.00 | 0.00 |
| 021 | 4 WHEEL AUTO BODY SHOP AND GARAGE | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | IC SYSTEM, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | CENTRAL COLLECTION BUREAU | 196.00 | 196.00 | 0.00 | 0.00 |
| 024 | ECAST SETTLEMENT CORPORATION | 1,403.00 | 1,403.00 | 0.00 | 0.00 |
|  | Total Unsecured | 9,014.07 | 11,162.86 | 0.00 | 0.00 |
|  | Grand Total: | 34,691.22 | 34,691.22 | 6,395.27 | 1,559.54 |

Total Paid Claimant:   $7,954.81  
Trustee Allowance:     $442.83  
Percent Paid Unsecured:   0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

_/s/ Lydia S. Meyer_  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on  04/18/2008          By  _/s/Heather M. Fagan_